IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **KRISTA ALLEN-SANDERS,** | |
| Plaintiff, | |
| v. | No. 22-cv-03586 |
| **MOUNT SINAI HOSPITAL MEDICAL CENTER,** | Honorable Nancy L. Maldonado |
| | Magistrate Judge Honorable Maria Valdez |
| Defendant. | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN
EXTENSION OF THE DISCOVERY DEADLINE**

Defendant, Mount Sinai Hospital Medical Center of Chicago, improperly named as Mount Sinai Hospital Medical Center ("Defendant"), through its counsel, moves this Court to extend the discovery deadline an additional forty-five (45) days, to and including May 8, 2023. In support of its Unopposed Motion, Defendant states as follows:

1. Plaintiff's Complaint alleges race discrimination and retaliation in violation of various federal and state statutes.

2. On September 20, 2022, the case was referred to Magistrate Judge Valdez for discovery supervision. [Dkt. 13]. On that same date, Judge Valdez ordered that the fact discovery deadline is March 23, 2023, and no extensions will be granted absent extraordinary circumstances. [Dkt. 14].

3. Following that order, the parties proceeded expeditiously with discovery. On January 13, 2023, the parties advised the Court that written discovery was complete, both parties were interested in a settlement conference, and that Defendant would like to schedule a settlement conference after taking Plaintiff's deposition. [Dkt. 23].

4. On that same date, January 13, 2023, Judge Valdez ordered that the Plaintiff shall submit a demand letter to Defendant no later than February 17, 2023, and Defendant will respond with an offer letter by March 3, 2023. [Dkt. 24].

5. Plaintiff's in-person deposition was scheduled to occur on February 28, 2023. (See Notice of Deposition, attached as Exhibit A).

6. On February 25, 2023, Defendant's lead attorney, Lucy Bednarek, tested positive for COVID-19 and was severely ill the week of February 26, 2023. As a result, Ms. Bednarek was unexpectedly forced to take time off work and was forced to cancel Plaintiff's deposition.

7. Plaintiff's deposition is currently re-scheduled for April 12, 2023. (See Amended Notice of Deposition, attached as Exhibit B).

8. The parties timely submitted their settlement conference letters, and on March 7, 2023, this Court set an attorneys-only settlement conference on April 25, 2023. [Dkt. 26].

9. Defendant is requesting an extension of the discovery deadline in order to take Plaintiff's deposition prior to the attorneys-only settlement conference on April 25, 2023. Defendant is requesting this extension so that Defendant is able to fully assess liability and participate in the April 25 conference in a good faith attempt to resolve the case.

10. If not for Ms. Bednarek's severe illness so close to the date of Plaintiff's deposition, a discovery extension would not have been needed. As a result, Defendant believes extraordinary circumstances are present to extend the discovery deadline.

11. The undersigned counsel for Defendant has conferred with Plaintiff's counsel and Plaintiff does not oppose Defendant's requested extension of time.

12. This request for an extension of time is made in good faith and is not sought for the purpose of delay. Granting the requested extension will not unduly prejudice Plaintiff.

WHEREFORE, Defendant, Mount Sinai Hospital Medical Center, respectfully requests that this Court grant its Unopposed Motion to Extend the Discovery Deadline and extend the discovery deadline to and including May 8, 2023.

Dated: March 10, 2023.

Respectfully submitted,

**MOUNT SINAI HOSPITAL MEDICAL CENTER**

*/s/ Lucy Bednarek*
By Its Attorneys

Lucy Bednarek, Bar No. 6269389
lbednarek@littler.com
Jeneé I. Gaskin, Bar No. 6312870
jgaskin@littler.com
LITTLER MENDELSON, P.C.
321 North Clark Street
Suite 1100
Chicago, IL 60654
Telephone: 312.372.5520
Facsimile: 312.372.7880

## **CERTIFICATE OF SERVICE**

I, Lucy Bednarek, an attorney, certify that on March 10 2023, I caused the forgoing document to be filed with the Clerk of the Court using the CM/ECF system which will serve the same upon all counsel of record including:

>Nathan C. Volheim, Esq.
>Eric D. Coleman, Esq.
>Chad W. Eisenback, Esq.
>SULAIMAN LAW GROUP LTD.
>2500 S. Highland Avenue, Suite 200
>Lombard, Illinois 60148
>nvolheim@sulaimanlaw.com
>ecoleman@sulaimanlaw.com
>ceisenback@Sulaimanlaw.com

>/s/ *Lucy Bednarek*
>Lucy Bednarek

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **KRISTA ALLEN-SANDERS,** <br><br> Plaintiffs, <br><br> v. <br><br> **MOUNT SINAI HOSPITAL MEDICAL CENTER,** <br><br> Defendant. | No. 22-cv-03586 |

## NOTICE OF DEPOSITION OF PLAINTIFF

To: Nathan C. Volheim, Esq.
Eric D. Coleman, Esq.
SULAIMAN LAW GROUP LTD.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
nvolheim@sulaimanlaw.com
ecoleman@sulaimanlaw.com

YOU ARE HEREBY NOTIFIED pursuant to Federal Rule of Civil Procedure 30(b) and all governing rules of this Court, that Mount Sinai Hospital Medical Center of Chicago, improperly named as Mount Sinai Hospital Medical Center ("Defendants"), shall take the deposition of Plaintiff Krista Allen-Sanders in the above-captioned matter before a notary public or other official authorized by law to administer oaths, and further, will record the deposition stenographically and will be recorded through the use of videography, at the offices of LITTLER MENDELSON, P.C., 321 North Clark Street, Suite 1100, Chicago, IL 60654, on **Tuesday, February 28, 2023 at 9:30 a.m.**

*[Signature to follow on next page]*

Dated: January 24, 2023                    Respectfully submitted,

                                                                         **MOUNT SINAI HOSPITAL MEDICAL CENTER**

                                                                          *By: /s/ Lucy Bednarek*
                                                                                 One of Their Attorneys

Lucy Bednarek, Bar No. 6269389
lbednarek@littler.com
Jeneé I. Gaskin, Bar No. 6312870
jgaskin@littler.com
LITTLER MENDELSON, P.C.
321 North Clark Street - Suite 1100
Chicago, IL  60654
Telephone:    312.372.5520
Facsimile:    312.372.7880

## **CERTIFICATE OF SERVICE**

    The undersigned, an attorney, hereby certifies that she caused a copy of the foregoing ***Notice of Deposition of Plaintiff*** to be served via email to the following on January 24, 2023:

>Nathan C. Volheim, Esq.
>Eric D. Coleman, Esq.
>SULAIMAN LAW GROUP LTD.
>2500 S. Highland Avenue, Suite 200
>Lombard, Illinois 60148
>nvolheim@sulaimanlaw.com
>ecoleman@sulaimanlaw.com

                                                */s/* Lucy Bednarek

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **KRISTA ALLEN-SANDERS,**<br><br>                Plaintiffs,<br><br>       v.<br><br>**MOUNT SINAI HOSPITAL MEDICAL CENTER,**<br><br>                Defendant. | No.  22-cv-03586 |

### AMENDED NOTICE OF DEPOSITION OF PLAINTIFF

To:    Nathan C. Volheim, Esq.
        Eric D. Coleman, Esq.
        Chad W. Eisenback, Esq.
        SULAIMAN LAW GROUP LTD.
        2500 S. Highland Avenue, Suite 200
        Lombard, Illinois 60148

YOU ARE HEREBY NOTIFIED pursuant to Federal Rule of Civil Procedure 30(b) and all governing rules of this Court, that Mount Sinai Hospital Medical Center of Chicago, improperly named as Mount Sinai Hospital Medical Center ("Defendant"), shall take the deposition of Plaintiff Krista Allen-Sanders in the above-captioned matter before a notary public or other official authorized by law to administer oaths, and further, will record the deposition stenographically and will be recorded through the use of videography, at the offices of LITTLER MENDELSON, P.C., 321 North Clark Street, Suite 1100, Chicago, IL 60654, on **Wednesday, April 12, 2023 at 9:30 a.m.**

*[Signature to follow on next page]*

Dated: March 10, 2023

Respectfully submitted,

**MOUNT SINAI HOSPITAL MEDICAL CENTER**

By: */s/ Lucy Bednarek*
One of Their Attorneys

Lucy Bednarek, Bar No. 6269389
lbednarek@littler.com
Jeneé I. Gaskin, Bar No. 6312870
jgaskin@littler.com
LITTLER MENDELSON, P.C.
321 North Clark Street - Suite 1100
Chicago, IL  60654
Telephone:     312.372.5520
Facsimile:       312.372.7880

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that she caused a copy of the foregoing *Amended Notice of Deposition of Plaintiff* to be served via email to the following on March 10, 2023:

>Nathan C. Volheim, Esq.
>Eric D. Coleman, Esq.
>Chad W. Eisenback, Esq.
>SULAIMAN LAW GROUP LTD.
>2500 S. Highland Avenue, Suite 200
>Lombard, Illinois 60148
>nvolheim@sulaimanlaw.com
>ecoleman@sulaimanlaw.com
>ceisenback@Sulaimanlaw.com

/s/ Lucy Bednarek