# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Krista Allen–Sanders

                        Plaintiff,

v.                                                       Case No.: 1:22–cv–03586
                                                        Honorable Nancy L. Maldonado

Mount Sinai Hospital Medical Center

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 10, 2023:

      MINUTE entry before the Honorable Maria Valdez: Defendant's Unopposed Motion for an Extension of the Discovery Deadline [27] is granted, and discovery is extended for the purpose of taking Plaintiff's deposition. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.